USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KESTON J. MAYERS,

                              Plaintiff,

            -against-

BRAD RACINO; SYRACUSE.COM/NY
CANNABIS INSIDER; ADVANCE MEDIA
NEW YORK; ADVANCE LOCAL MEDIA,

                              Defendants.

1:23-CV-5183 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The *pro se* Plaintiff submitted a letter request seeking leave to file a sur-reply with respect to Defendants' motion to dismiss the Plaintiff's Second Amended Complaint (ECF #40).  The Defendants oppose the request (ECF #41).  After reviewing the arguments set out in the parties' submissions, Plaintiff's request for leave to file a sur-reply is GRANTED.  IT IS FURTHER ORDERED that Plaintiff must file his sur-reply on or before February 16, 2024.

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

Dated:  New York, New York
        January 17, 2024

_____
MARY KAY VYSKOCIL
United States District Judge