## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
KESTON J. MAYERS,

                Plaintiff,                23 **CIVIL** 5183 (MKV)

   -against-                         **JUDGMENT**

BRAD RACINO, SYRACUSE.COM, NYUP.COM,
NY CANNABIS INSIDER, ADVANCE MEDIA NEW
YORK, and ADVANCE LOCAL MEDIA,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 7, 2024, Defendants' motion to dismiss Plaintiff's Second Amended Complaint is GRANTED. Defendants' motion for oral argument on the motion is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

     August 8, 2024

                                                        **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                          **BY:**
                                                **Deputy Clerk**